U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

MAR 12 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| EDWARD THIBODEAUX | CIVIL ACTION 13+3083 |
| VERSUS | JUDGE HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As such;

The petitioner's second and successive petition for writ of habeas corpus is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 USC section 1631 for further proceedings in accordance with the provisions of 28 USC section 2244(b).

**THUS DONE** and **SIGNED** on this the 11th day of March, 2014.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT